UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**  **DATE OF PROCEEDING**: 3/7/24
**JUDGE CHRISTINE P. O'HEARN**

**COURT REPORTER**: n/a

**TITLE OF CASE**:  **DOCKET NO.**: 23-cv-22194

JOHANNA BURKE, et al.

v.

COMMUNITY OPTIONS, INC., et al.

**APPEARANCES:**
Bradley E. Flynn, Esquire for Plaintiffs
Robert E. Blanton, Esquire for Defendants Community Options, Inc.

**NATURE OF PROCEEDINGS**: PRE-MOTION CONFERENCE

Pre-Motion Conference held via Teams.
Plaintiffs shall file an Amended Complaint no later than April 8, 2024.

**Time Commenced:** 12:10pm
**Time Adjourned**: 12:25pm
**Total Time:** 15 Minutes

/s/ Haley E. Minix
Deputy Clerk