

April 1, 2024

<u>*Via ECF*</u>
Hon. Christine P. O'Hearn, U.S.D.J.
U.S. District Court, District of New Jersey Mitchell H. Cohen United States Courthouse
Courtroom 5A
4th & Cooper St.
Camden, NJ 08101

**Re:** **<u>Burke v. Community Options, Inc., et al.</u>**
**<u>1:23-cv-22194</u>**

Dear Your Honor:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiffs in the above-captioned matter. I am respectfully requesting a thirty-day extension to file the Plaintiffs' Amended Complaint, due to the scheduled c-section for my children (4/2/2024). My adversary, Mr. Robert Blanton, Esq., has graciously consented to my request. The original filing date for the Amended Complaint was set for April 7, 2024. With the extension, the new filing date would be May 7, 2024.

Thank you in advance for Your Honor's consideration.

---

**Montgomery Law**

| Pennsylvania | New Jersey | Florida |
|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 |
| | 856-282-5550 | |
| | *all NJ mail to PA office | |

Respectfully submitted,

**MONTGOMERY LAW, LLC**
1420 Locust Street, Suite 420
Philadelphia, PA 19102
*Attorneys for Plaintiffs*

Cc.  Mr. Robert Blanton, Esq.
 HARDIN KUNDLA MCKEON & POLETTO
673 Morris Avenue
Springfield, N.J.  07081

2