**HARDIN, KUNDLA, MCKEON & POLETTO**

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

———

EMAIL:info@HKMPP.com

**Robert E. Blanton, Jr., Esq.**
rblanton@hkmpp.com

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

May 24, 2024

**VIA ECF**
Hon. Christine P. O'Hearn, U.S.D.J.
Mitchell H. Cohen United States Courthouse
4th & Cooper St.
Camden, NJ 08101

      RE:    **Burke v. Community Options, Inc., et al.**
               **Civil Action: 1:23-cv-22194**

Dear Judge O'Hearn:

      This office represents Defendant Community Options Group Home, Inc. ("Community Options") in the above referenced lawsuit. On May 7, 2024, Plaintiffs filed their Verified Second Amended Complaint ("Complaint"). See ECF 16. The current deadline for Community Options to file a response to the Complaint is May 28, 2024. With the consent of Plaintiffs' counsel, we respectfully request a 3-week extension to file a response to the Complaint on behalf of Community Options. The new deadline for Community Options' response to the Complaint would be June 18, 2024.

      Your Honor's attention to this matter is greatly appreciated.

                              Respectfully submitted,

                              */s/ **Robert E. Blanton, Jr.***
                              Robert E. Blanton, Jr.

cc:    Bradley Flynn, Esq. (via ECF)

                              So ORDERED this ___ day of May, 2024.

                              _____

May 24, 2024
Page 2

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on May 24, 2024 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record.

               ***/s/ Robert E. Blanton, Jr.***
               Robert E. Blanton, Jr., Esq.