

July 9, 2024

<u>*Via U.S. Mail and Electronic Filing*</u>
Hon. Judge Ann Marie Donio, USMJ
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   <u>Burke v. Community Options, et. al</u>
      1:23-cv-22194

Dear Your Honor:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiffs in the above-captioned matter. I am respectfully requesting that Your Honor please move the scheduling conference to a different time--perhaps, in the afternoon--as I am scheduled to appear before Judge Rukhsanah L. Singh for a settlement conference at the same time as our meeting. My adversary, Mr. Robert Blanton, Esq., has graciously consented to my request.

Thank you in advance for Your Honor's attention to this matter.

**Montgomery Law**

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

New Jersey
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550
*all NJ mail to PA office

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

Respectfully submitted,

Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

  Cc.   Mr. Robert Blanton, Esq.
        HARDIN KUNDLA MCKEON & POLETTO
        673 Morris Avenue
        Springfield, N.J.  07081