### IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

| | |
|---|---|
| Johanna Burke., in her individual capacity and as parent and natural guardian of Aidan Burke., and Aidan Burke, in his individual capacity,<br>　　Plaintiffs,<br><br>Vs.<br><br>Community Options Group Home, Inc., Diane D'Orazio in her individual and official capacity, Laura Winchester in her individual and official capacity, Randolph Baldwin in his individual official capacity, Falynn Basich, in her individual and official capacity, and Australia Revels, in her individual and official capacity, and Lamie Gaere, in his individual and official capacity, Natalie Holland in her individual capacity, Etienne Taylor-English, in her individual capacity, and other staff and supervisors to be named in their individual and official capacities.<br><br>　　Defendants. | Docket No. 1:23-cv-22194<br><br>CIVIL ACTION-LAW |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Mr. Aidan Burke and Ms. Johanna Burke, and Defendants, Community Options, *et al.*, through their undersigned counsel, hereby jointly stipulate to the dismissal, without prejudice, of Defendants Diane D'Orazio, Laura Winchester, Randolph Baldwin, Falynn

1

Basich, and Etienne Taylor English, in accordance with Rule 41(a)(1)(A)(ii) and Rule 41(a)(1)(B) of the Federal Rules of Civil Procedure; each party to bear his or her own costs.

Respectfully submitted,

_____
Bradley R. Flynn, Esq.
For Montgomery Law, PLLC.
Attorneys for the Plaintiff

_____
Robert Blanton, Jr. Esq.
For Hardin, Kundla, McKeon & Poletto
Attorneys for Defendants Community Options, *et al.*

Dated: August 13, 2024