# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY

| | |
|---|---|
| Johanna Burke., in her individual capacity and as parent and natural guardian of Aidan Burke., and Aidan Burke., in his individual capacity,<br>　　Plaintiffs,<br><br>Vs.<br><br>Community Options Group Home, Inc., et al.<br>　　Defendants. | :<br>:<br>:<br>:<br>:  Docket No. 1:23-cv-22194<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I, Bradley R. Flynn, certify that a true and correct copy of the within pleading has been served on all parties via filing with this Court's ECF system on this 16th day of August, 2024.

<u>/s/ Bradley R. Flynn, Esq.</u>
Bradley R. Flynn
For The Montgomery Law Group, PLLC.
Attorneys for Plaintiffs