HARDIN, KUNDLA, MCKEON & POLETTO

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

———

www.HKMPP.com

**Robert E. Blanton, Jr., Esq.**
rblanton@hkmpp.com

Member of the Bar: NJ & NY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

October 15, 2024

**VIA ECF**
Hon. Ann Marie Donio, U.S.M.J.
U.S. District Court, District of New Jersey
Mitchell H. Cohen United States Courthouse
Courtroom 3B
4th & Cooper St.
Camden, NJ 08101

   RE: Burke v. Community Options, Inc., et al.
      Civil Action: 1:23-cv-22194-CPO-AMD
      Our File No.: 7004.50535

Dear Magistrate Judge Donio:

  This office represents Defendant Community Options, Inc. i/p/a Community Options Group Home, Inc. in the above referenced lawsuit filed by plaintiffs, Johanna Burke., in her individual capacity and as parent and natural guardian of Aidan Burke., and Aidan Burke, in his individual capacity. Please accept the following as the parties' joint status letter pursuant to Your Honor's text order. Dkt #31.

  Since the parties' last conference with Your Honor, plaintiffs have served an Affidavit of Merit. Community Options does not object to the sufficiency of the Affidavit.

  Additionally, the parties have engaged in written and paper discovery. Community Options anticipates making a further production to plaintiffs. The parties intend to then meet and confer on whether to conduct depositions of parties and fact witnesses or to see if they are able to explore resolution by having the Court schedule this matter for a settlement conference prior to incurring the time and expense associated with depositions. We respectfully request permission to report back to the Court on whether a settlement conference is requested following that meet and confer.

October 15, 2024
Page 2

       Your Honor's attention to this matter is greatly appreciated.

                                  Respectfully submitted,

                                  ***/s/ Robert E. Blanton, Jr.***
                                  Robert E. Blanton, Jr.

cc:    Bradley Flynn, Esq. (via ECF)