UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Minutes of Proceedings

OFFICE: CAMDEN                                         Proceeding Date: March 10, 2025

**JUDGE ANN MARIE DONIO**

Court Reporter: Court Conference Line

**TITLE OF CASE:**                                   DOCKET NO. 23cv22194(CPO/AMD)
Johanna Burke, et al
v.
**Community Options, Inc., et al**

**APPEARANCES:**
Bradley Flynn, Esq. for plaintiffs
Patrick Haggerty, Esq. for defendants

**NATURE OF PROCEEDINGS:** Telephone Status Conference

**DISPOSITION:**
Telephone Status Conference held on the record
Hearing on joint request to stay depositions pending a settlement conference with the Court
Ordered application granted
Order to be entered.

*s/Susan Bush*
**DEPUTY CLERK**

Time Commenced: 12:18 p.m.   Time Adjourned: 12:27 p.m.   Total time: 9 mins.