### Hardin, Kundla, McKeon & Poletto

COUNSELLORS AT LAW

A PROFESSIONAL CORPORATION

673 MORRIS AVENUE

SPRINGFIELD, NEW JERSEY 07081

(973) 912-5222

FAX (973) 912-9212

———

www.HKMPP.com

**Robert E. Blanton, Jr., Esq.**
rblanton@hkmpp.com

Member of the Bar: NJ & NY

**NEW YORK OFFICE**
110 William Street
New York, New York 10038
(212) 571-0111
FAX (212) 571-1117

**PENNSYLVANIA OFFICE**
60 West Broad Street
Suite 102
Bethlehem, Pennsylvania 18018
(610) 433-8400
FAX (610) 433-0300

April 1, 2025

**VIA ECF**
Hon. Ann Marie Donio, U.S.M.J.
U.S. District Court, District of New Jersey
Mitchell H. Cohen United States Courthouse
Courtroom 3B
4th & Cooper St.
Camden, NJ 08101

   **RE: Burke v. Community Options, Inc., et al.**
      **Civil Action: 1:23-cv-22194-CPO-AMD**
      **Our File No.: 7004.50535**

Dear Magistrate Judge Donio:

  This office represents Defendant Community Options, Inc. i/p/a Community Options Group Home, Inc. in the above-referenced lawsuit. The parties have met and conferred concerning the April 15th settlement conference with the Court as the undersigned has a pre-paid out-of-state vacation that week. The parties respectfully request that the settlement conference be rescheduled and propose May 19th, 20th, and 21st as dates when the parties and all counsel are available if acceptable to the Court.

  Your Honor's attention to this matter is greatly appreciated.

        Respectfully submitted,

        ***/s/ Robert E. Blanton, Jr.***
        Robert E. Blanton, Jr.

cc: Bradley Flynn, Esq. (via ECF)