# EducationLawyers.com

August 1, 2025

*<u>Via U.S. Mail and Electronic Filing</u>*
Hon. Judge Ann Marie Donio, USMJ
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:** <u>**Burke v. Community Options, et. al**</u>
       **1:23-cv-22194**

Dear Your Honor:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiffs in the above-captioned matter. Per the Court's instructions, the parties are to provide a status update to the Court by August 4. However, counsel for both parties will be away on pre-planned vacations next week. As such, we are updating the Court a few days early.

Undersigned counsel and Plaintiffs are still in the process of establishing the guardianship, including obtaining the necessary affidavits for their Superior Court filing, from the statutorily-required professionals. Once these affidavits and supporting documents are in hand, counsel will file the guardianship complaint, which has already been drafted, and can update the Court at that time.

Counsel for both parties are prepared to proceed to a friendly hearing once the guardianship issue is finalized.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

If Your Honor would like to hear from the parties sooner, I am happy to update the Court at that time.

Respectfully submitted,

<u>/s/Bradley R. Flynn</u>
Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.
Attorneys for the Plaintiff


  Cc.   Mr. Robert Blanton, Esq.
        HARDIN KUNDLA MCKEON & POLETTO
        673 Morris Avenue
        Springfield, N.J.  07081