EducationLawyers.com

October 15, 2025

<u>*Via U.S. Mail and Electronic Filing*</u>
Hon. Judge Ann Marie Donio, USMJ
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   <u>Burke v. Community Options, et. al</u>
      1:23-cv-22194

Dear Judge Donio:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiffs in the above-captioned matter. Undersigned counsel had a family emergency, which has set me back several weeks with filing the paperwork to finalize the settlement for this matter. Both Mr. Robert Blanton, Esq., and my client are aware of the situation. It is my anticipation that we should have this matter resolved in the coming weeks. I can update the Court once the Superior Court approves the guardianship.

Thank you in advance for Your Honor's attention to this matter.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
| | 856-282-5550 | | |

*all NJ mail to PA office

Respectfully submitted,

/s/Bradley R. Flynn
Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.
Attorneys for the Plaintiff


Cc.   Mr. Robert Blanton, Esq.
       HARDIN KUNDLA MCKEON & POLETTO
      673 Morris Avenue
      Springfield, N.J.  07081