

December 10, 2025

*<u>Via U.S. Mail and Electronic Filing</u>*
Hon. Judge Ann Marie Donio, USMJ
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:   <u>**Burke v. Community Options, et. al**</u>
      **1:23-cv-22194**

Dear Your Honor:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiffs in the above-captioned matter. Parent, Ms. Burke, is awaiting her appointment with the Bergen County Surrogate's Court for the purposes of establishing a guardian ad litem to oversee the distribution of the settlement. As of this date of this letter, the complaint and paperwork are filled out to establish the guardian ad litem. I am happy to provide the Court with an update after the Surrogate's Court appoints the guardian ad litem.  Thank you in advance for Your Honor's attention to this matter.

---

**Montgomery Law**

| Pennsylvania | New Jersey* | Florida | Maine |
|---|---|---|---|
| 1420 Locust Street, Suite 420 | Historic Smithville, Suite 1 | 631 US 1, Suite 202 | 64 Paris Street |
| Philadelphia, PA 19102 | 1 N. New York Road | North Palm Beach, FL 33408 | Norway, ME 04268 |
| 215-650-7563 | Galloway NJ, 08205 | 561-408-1100 | 207-595-6498 |
|  | 856-282-5550 |  |  |

*all NJ mail to PA office

Respectfully submitted,

<u>/sBradley R. Flynn</u>
Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.

Attorneys for the Plaintiff

Cc.   Mr. Robert Blanton, Esq.
      HARDIN KUNDLA MCKEON & POLETTO
      673 Morris Avenue
      Springfield, N.J.  07081