EducationLawyers
.com

March 17, 2026

*__Via U.S. Mail and Electronic Filing__*

Hon. Judge Ann Marie Donio, USMJ
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:**    __Burke v. Community Options, et. al__
             __1:23-cv-22194__

Dear Your Honor:

As Your Honor is aware, this Firm, together with undersigned counsel, represents the Plaintiffs in the above-captioned matter. Per my research, and based on guidance from the Surrogate's Court, undersigned counsel will be moving the Court under FRCP 17(c) to appoint a guardian ad litem to advise on the allocation of settlement proceeds between the Plaintiffs.

Thank you in advance for Your Honor's attention to this matter.

Respectfully submitted,


Bradley R. Flynn, Esq.
For the Montgomery Law Group, PLLC.
Attorneys for the Plaintiff

---

**Montgomery Law**

Pennsylvania
1420 Locust Street, Suite 420
Philadelphia, PA 19102
215-650-7563

New Jersey
Historic Smithville, Suite 1
1 N. New York Road
Galloway NJ, 08205
856-282-5550
*all NJ mail to PA office

Florida
631 US 1, Suite 202
North Palm Beach, FL 33408
561-408-1100

1